1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SANDRA K. KRAUSE, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:13-cv-00976-APG-CWH |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| NEVADA MUTUAL INSURANCE CO., *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

This matter is before the Court on Defendants' Motion to Seal Petition for Removal (#2),,

filed June 3, 2013; Defendants' Motion to Seal Motion to Consolidate (#5), filed June 3, 2013;

Defendants' Motion to Seal Motion to Dismiss (#9), filed June 3, 2013; and Defendants' Motion to

Seal Declaration of Jack Juan (#11), filed June 3, 2013.  File Documents Under Seal (#79), filed

May 24, 2013, and Defendants' Motion to File Documents Under Seal (#88), filed June 3, 2013.

Relying on a protective order entered in a different case, Defendants request that the entire

petition for removal (#1) be sealed.  They also requests that the motion to consolidate (#6), motion

to dismiss (#8), and declaration submitted in support of the motion to dismiss (#10) be sealed.

Assuming the protective order applies in this case, it was specifically entered to facilitate discovery.

The Court did not enter a blanket order permitting the sealing of discovery documents for all

purposes.  Nor would it based on substantial Ninth Circuit case law to the contrary.  Ultimately,

Defendants have not provided points and authorities to support their motions.  Pursuant to Local

Rule 7-2(d), "[t]he failure of a moving party to file points and authorities in support of the motion

shall constitute a consent to the denial of the motion."  The Court will deny these motions without

prejudice.  Defendants are invited to fully brief the sealing issue and are encouraged to start their

research with a review of *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir.

1   2006).

2         Based on the foregoing and good cause appearing therefore,

3         **IT IS HEREBY ORDERED** that  Defendants' Motion to Seal Petition for Removal (#2),

4   Defendants' Motion to Seal Motion to Consolidate (#5), Defendants' Motion to Seal Motion to

5   Dismiss (#9), and Defendants' Motion to Seal Declaration of Jack Juan (#11) are **denied without**

6   **prejudice**.  New motions, if any, shall be filed by Friday, June 14, 2013.

7         DATED: June 4, 2013.

8

9                               _____

10                              C.W. Hoffman, Jr.
                            United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28